UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BOWELL,<br><br>             Plaintiff,<br><br>     v.<br><br>A. DIAZ, et al.,<br><br>             Defendants. | CASE No.   1:11-cv-01350-AWI-MJS (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL<br><br>(ECF No. 13) |

    Plaintiff James Edward Bowell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed August 15, 2011 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff declined Magistrate Judge jurisdiction. (Decline Magistrate, ECF No. 5.)

    The Court screened Plaintiff's Complaint and on September 28, 2012 issued its order requiring that, by not later than November 1, 2012, Plaintiff either file an amended pleading or notify the Court of his desire to proceed only on the cognizable Eighth Amendment failure to protect claim against Defendants Diaz and Rodriguez. (Order Directing Plaintiff to Amend or Notify, ECF No. 10.)

    On November 20, 2012, the Court issued an order to show cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's September 28th

1  order to amend or notify. (OSC re Dismiss., ECF No. 13.) Plaintiff filed a response to the
2  order to show cause on November 30, 2012, notifying of his desire to proceed only on
3  the cognizable Eighth Amendment failure to protect claim against Defendants Diaz and
4  Rodriguez. (Opp'n to Order, ECF No. 14.)
5      Accordingly, it is HEREBY ORDERED that the order to show cause re dismissal
6  (ECF No. 13) is DISCHARGED.

8  IT IS SO ORDERED.
9  Dated:   December 3, 2012         /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE