1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BOWELL, | CASE No. 1:11-cv-1350-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | (ECF No. 16) |
| A. DIAZ, et al., | CASE TO REMAIN OPEN |
| Defendants. | |
| _____/ | |

    Plaintiff James Edward Bowell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed August 15, 2011 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

    On December 3, 2012, Findings and Recommendations were filed in which the Magistrate Judge recommended that Plaintiff's Complaint, except for his Eighth

Amendment failure to protect claim against Defendants Diaz and Rodriguez, should be dismissed and that all Defendants, except for Defendants Diaz and Rodriguez, should be dismissed without prejudice. The parties were notified that objection, if any, was due within fourteen days after service. No party filed an objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts in full the Findings and Recommendations filed December 3, 2012;

2. Plaintiff's Complaint, except for his Eighth Amendment failure to protect claim against Defendants Diaz and Rodriguez, is dismissed and all Defendants named in this action except for Defendants Diaz and Rodriguez are dismissed without prejudice; and

3. The Clerk is directed this case shall remain open.

IT IS SO ORDERED.

Dated:   February 11, 2013

SENIOR DISTRICT JUDGE