# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>A. DIAZ, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01350-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION AS SUPPLEMENTED FOR TEMPORARY INJUNCTION AND EMERGENCY PRELIMINARY INJUNCTION**<br><br>**(ECF No. 19 & 25)**<br><br>**CASE TO REMAIN OPEN** |

    Plaintiff James Edward Bowell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed August 15, 2011 pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

    On August 14, 2013, the Magistrate Judge issued findings and recommendations that Plaintiff's motion for a temporary restraining order and emergency preliminary injunction (ECF No. 19) as supplemented (ECF Nos. 21, 22), be DENIED WITHOUT PREJUDICE. (ECF No. 25.) Any objection to the findings and recommendations was originally due by September 3, 2013. (Id.) Plaintiff requested and was granted an extension

1

to not later than September 13, 2013 by which to file objections. (ECF No. 27.) The September 13, 2013 deadline passed without Plaintiff filing objections or seeking further extension of time to do so.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on August 14, 2013 (ECF No. 25) in full;
2. Plaintiff's motion for a temporary restraining order and emergency preliminary injunction (ECF No. 19) as supplemented (ECF Nos. 21, 22) is DENIED WITHOUT PREJUDICE; and
3. This case shall remain open.

IT IS SO ORDERED.

Dated:   October 1, 2013                                    _____
                                                            SENIOR DISTRICT JUDGE

---

[1] On September 12, 2013, Plaintiff filed a document which lines out the caption "objections" and replaces with "motion for emergency injunctive relief." (ECF No. 28.) Even if this document were construed as objections, the allegations therein are unrelated to the instant action and in any event fail to raise any issue of law or fact under the findings and recommendations.

2