# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>A. DIAZ, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01350-AWI-MJS (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(ECF No. 46)**<br><br><u>**AMENDED**</u>**:**<br><br>  **Discovery Cutoff: 10/01/14**<br><br>  **Dispositive Motion Deadline: 12/13/14** |

Plaintiff James Edward Bowell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter arose during Plaintiff's prior incarceration at Kern Valley State Prison (KVSP). It proceeds on a failure to protect claim against KVSP Defendants Diaz and Rodriguez. The deadline to complete discovery is August 2, 2014. The deadline to bring dispositive motions is October 14, 2014.

Before the Court is Defendants' motion to extend the above deadlines on grounds Plaintiff is transferring to a new facility, has been separated from his legal property and is unavailable for a scheduled deposition.

Federal Rule of Civil Procedure 16(b)(4) allows the Court to modify its scheduling order for good cause. The "good cause" standard focuses primarily on the diligence of the party seeking the amendment. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609

1

(9th Cir. 1992). "[C]arelessness is not compatible with a finding of diligence and offers no reason for a grant of relief." *Id.* "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification." *Id.*

Here, good cause exists to modify the scheduling order to extend the discovery and dispositive motion deadlines. Defense counsel diligently sought discovery that has been impeded by Plaintiff's transfer to another prison.

Additionally, it does not appear Plaintiff will be prejudiced by the proposed extension.

Accordingly, for the reasons stated, it is HEREBY ORDERED that Defendants' motion to modify the scheduling order is GRANTED such that the discovery cutoff date shall be October 1, 2014 and the dispositive motion deadline shall be December 13, 2014.

IT IS SO ORDERED.

Dated:   August 1, 2014                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE