# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. DIAZ, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01350-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO COMPEL INJUNCTIVE RELIEF**<br><br>**(ECF Nos. 41, 49)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff James Edward Bowell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On August 5, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion to compel injunctive relief from alleged adverse conditions of confinement at High Desert State prison be denied. (F&R's, ECF No. 49, at 3:11-13.) Plaintiff did not object to the Findings and Recommendations and the time for doing so has expired. (Id., at 3:15-18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on August 5, 2014 (ECF No. 49), in full,

2. Plaintiff's motion to compel injunctive relief from alleged adverse conditions of confinement at High Desert State prison (ECF No. 41) is DENIED, and

3. The case shall remain open.

IT IS SO ORDERED.

Dated: September 4, 2014

SENIOR DISTRICT JUDGE