# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BOWELL,<br><br>                    Plaintiff,<br><br>         v.<br><br>A. DIAZ, et al.,<br><br>                    Defendants. | Case No. 1:11-cv-01350-AWI-MJS (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>**(ECF No. 52)** |

Plaintiff James Edward Bowell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed August 15, 2011 pursuant to 42 U.S.C. § 1983. This matter arose at Kern Valley State Prison (KVSP) and proceeds on Plaintiff's Eighth Amendment failure to protect claim against Defendants Diaz and Rodriguez. (ECF No. 17.) The case is in the discovery phase. The deadline to complete discovery is October 1, 2014.

Before the Court is Defendants' September 8, 2014 Request to Take Plaintiff's Deposition by Videoconference pursuant to Federal Rule of Civil Procedure 30(b)(4). (ECF No. 52.)

Good cause having been shown, Defendants' Request (ECF No. 52) is HEREBY GRANTED, provided that nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:   September 9, 2014            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28