UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. DIAZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:11-cv-01350-AWI-MJS (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE IN LIGHT OF STIPULATION OF DISMISSAL**<br><br>**(ECF No. 58)**<br><br>**CLERK TO TERMINATE MOTIONS AND CLOSE CASE** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983. On February 27, 2014, pursuant to Rule 41(a)(1), the parties filed a stipulation for dismissal of the action with prejudice, each party to bear their own attorney's fees and costs. Pursuant to Rule 41(a)(1), this case has automatically terminated.

　　　　Accordingly, this action is DISMISSED with prejudice pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:　March 5, 2015　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE